IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>v.<br><br>XILINX INC., | C.A. No. 12-691-RGA |

### [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendant Xilinx Inc. ("Xilinx") announced to the Court that they have settled Plaintiff's claims for relief against Xilinx and Xilinx's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Xilinx have therefore requested that the Court dismiss Plaintiff's claims for relief against Xilinx with prejudice and dismiss Xilinx's counterclaims for relief against Plaintiff without prejudice as moot and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Xilinx are dismissed with prejudice and Xilinx's counterclaims for relief against Plaintiff are dismissed without prejudice as moot. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: Aug. 5, 2013

_____
The Honorable Richard G. Andrews
United States District Judge